VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for JORGE NEGRETE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00218-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| JORGE NEGRETE, | |
| Defendant. | |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent JORGE NEGRETE.  As grounds she states:

1. Virna L. Santos was appointed to represent defendant on November 1, 2019.

2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

4. Defendant Jorge Negrete is still in need of counsel.  The Federal Public Defender has contacted attorney Serita Rios, who is available to assume representation.

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL - 1

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, Serita Rios (serita@seritarioslaw.com), be appointed *nunc pro tunc* as of May 9, 2022.  Undersigned counsel requests that she be removed from the service list.

DATED: May 12, 2022          /s/ Virna L. Santos
                                      VIRNA L. SANTOS
                                      Attorney for Defendant
                                      JORGE NEGRETE

**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list.  Attorney Serita Rios is hereby appointed as counsel *nunc pro tunc* as of May 9, 2022.

IT IS SO ORDERED.

Dated: May 13, 2022                                             UNITED STATES DISTRICT JUDGE