UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JORGE NEGRETE, )<br>)<br>Defendant. )<br>_____ ) | Case No.  1:18-CR-00218-JLT<br><br>**ORDER AUTHORIZING LITIGATION OF ANCILLARY MATTER PURSUANT TO CRIMINAL JUSTICE ACT, 18 U.S.C. 3006A(c)** |

## ORDER

Upon consideration of defendant's motion requesting authorization to litigate a matter ancillary to his federal criminal case, the Court hereby GRANTS authorization pursuant to 18 U.S.C. §3006A(c).

IT IS SO ORDERED.

Dated:   **October 11, 2022**

_____
UNITED STATES DISTRICT JUDGE