**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Phone (559) 224-1800**
**Fax (559) 224-1806**
**E-Mail: serita@seritarioslaw.com**

Attorney for Defendant JORGE NEGRETE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No.  1:18-CR-00218-JLT |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING; ORDER** |
| JORGE NEGRETE, | ) Date: November 18, 2022 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Court: Hon. Jennifer L. Thurston |

Defense Counsel, Serita Rios, and Assistant United States Attorney, Laurel Montoya, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on November 18, 2022.

2.      Through this stipulation, defense counsel moves to continue sentencing until January 20, 2023, and to exclude time between November 18, 2022, and January 20, 2023.

3.      Defense counsel is newer to the case after having been appointed earlier this year after former counsel, Virna Santos, was relieved.

**STIPULATION TO CONTINUE SENTENCING; PROPOSED ORDER**

4. Defense counsel desires additional time to consult with defendant, gather mitigating information, and prepare for sentencing.

5. The government does not object to the continuance.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for November 18, 2022, at 9:00 a.m. be continued to January 20, 2023, at 9:00 a.m.

IT IS FURTHER STIPULATED that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).


Dated: November 8, 2022

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: November 8, 2022

*/s/ Laurel J. Montoya*
_____
**LAUREL J. MONTOYA**
Assistant United States Attorney


**STIPULATION TO CONTINUE SENTENCING; PROPOSED ORDER**

## ORDER

Based upon the stipulation of the parties, the Court **GRANTS** the stipulation to continue the sentencing to January 20, 2023 at 9:00 a.m. To allow for preparation of counsel and to allow counsel to gather evidence in mitigation, the Court finds that good cause exists, and the interests of justice outweigh the interests of the defendant and the public in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court excludes time until the continued hearing date.

IT IS SO ORDERED.

Dated:   **November 8, 2022**

UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING; PROPOSED ORDER**