Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant JORGE NEGRETE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br> )<br> Plaintiff, )<br> )<br> vs. )<br> )<br>JORGE NEGRETE, )<br> )<br> Defendant. )<br> ) | Case No. 1:18-CR-00218-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: January 20, 2023<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

Defense Counsel, Serita Rios, and Assistant United States Attorney, Laurel Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 20, 2023.

2. Through this stipulation, defense counsel moves to continue sentencing until March 27, 2023, and to exclude time between January 20, 2023, and March 27, 2023.

3. Defense counsel is newer to the case after having been appointed earlier this year after former counsel, Virna Santos, was relieved.

4.  There have been recent developments that may affect Mr. Negrete's potential sentence, defense counsel desires additional time to research and consult with Assistant U.S. Montoya regarding these new developments, to consult with defendant, gather mitigating information, and prepare for sentencing.

5.  The government does not object to the continuance.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for January 20, 2023, at 9:00 a.m. be continued to March 27, 2023, at 9:00 a.m.

IT IS FURTHER STIPULATED that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

Dated: January 9, 2023

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: January 9, 2023

*/s/ Laurel J. Montoya*
_____
**LAUREL J. MONTOYA**
Assistant United States Attorney

-----

**ORDER**

IT IS SO ORDERED.

Dated:   **January 10, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE