PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JORGE NEGRETE,<br><br>        Defendant. | CASE NO. 1:18-CR-00218-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

On or about July 29, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jorge Negrete in the following property:

   a.   Sig Sauer P250 .40 caliber handgun, serial number EAK058505;
   b.   Smith & Wesson 52-2 .38 caliber handgun, serial number A485754;
   c.   Sig Sauer P250 magazine;
   d.   Smith & Wesson 38 Super magazine;
   e.   All ammunition seized in this case;
   f.   Three digital scales;
   g.   Miscellaneous packaging materials;
   h.   Ryobi compact grinder;
   i.   Miscellaneous documents and indicia;
   j.   Twenty-two Fire extinguishers with three nozzles and tops;
   k.   White LG cellular phone, serial number 501CYRN861494;
   l.   White LG cellular phone, serial number 603KPVH353823; and,
   m.   ZTE Cricket silver cellular phone.

Beginning on July 16, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

1

www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Jorge Negrete.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection/Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 21, 2023**

_____
UNITED STATES DISTRICT JUDGE