Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant JORGE NEGRETE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:18-CR-00218-JLT |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. | |
| JORGE NEGRETE, | |
| Defendant. | |

On September 27, 2018, Defendant, JORGE NEGRETE, was indicted on federal charges. On May 13, 2022, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Negrete in his criminal case. Mr. Negrete was sentenced pursuant to a plea agreement on March 27, 2023. Mr. Negrete self-surrendered to the United States Marshal on June 26, 2023.

The time for filing a direct appeal was April 10, 2023, no direct appeal was filed. The trial phase of Mr. Negrete's criminal case has, therefore, come to an end. Having completed her representation of Mr. Negrete Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Negrete require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

**MOTION TO TERMINATE CJA APPOINTMENT AND [PROPOSED] ORDER**

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: June 29, 2023

          */s/ Serita Rios*
          _____
          **Serita Rios**
          Attorney for Defendant

---

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, JORGE NEGRETE, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

        Jorge Negrete, #7053978
        P.O. Box 872
        Fresno, California 93712

IT IS SO ORDERED.

Dated:   **June 30, 2023**

                                                        UNITED STATES DISTRICT JUDGE